1
2
3
4
5
6

7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10   LOVE THOMAS WRIGHT COOPER,

11          Plaintiff,                                    Case No. 2:11-cv-00949-LDG (PAL)

12   v.                                                   **ORDER**

13   FEDERAL, STATE AND LOCAL
     CORPORA FICTA EMPLOYEE(S), *et*
14   *al*.,

15          Defendants.

16

17          For good cause shown,

18          THE COURT **ORDERS** that the United States' unopposed Motion to Dismiss (#4) is

19   GRANTED.  Plaintiff's complaint is dismissed as to all federal officers, employees and

20   federal judges named.

21

22          DATED this ____ day of March, 2012.

23

24                                                        Lloyd D. George
                                                          United States District Judge
25

26