# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOVE THOMAS WRIGHT COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL, STATE AND LOCAL CORPORA FICTA EMPLOYEE(S), *et al*.,<br><br>    Defendants. | Case No. 2:11-cv-00949-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the United States' unopposed Motion to Dismiss (#4) is GRANTED.  Plaintiff's complaint is dismissed as to all federal officers, employees and federal judges named.

DATED this 56 day of March, 2012.

_____
Lloyd D. George
United States District Judge